FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 4:52 pm, Jul 27, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANTE G. FREDRICK, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-41 |
| v. | * | |
| CAMDEN COUNTY SHERIFF'S OFFICE, et al., | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 19. Plaintiff did not file Objections to this Report and Recommendation. Instead, Plaintiff filed a Notice of Interlocutory Appeal. Dkt. No. 21.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint under 28 U.S.C. § 1915(g), **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

AO 72A
(Rev. 8/82)

Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ____21____ day of ____July____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)