FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:02 pm, Sep 01, 2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

Brunswick Division

DANTE G. FREDRICK,

vs

CAMDEN COUNTY SHERIFFS OFFICE,
Individual Capacity, et al,

CASE NUMBER  CV220-41

## O R D E R

The appeal in the above entitled action having been dismissed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This ____1____ day of ___September___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA